HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
MICHAEL MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0035 JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MICHAEL MARTIN, | |
| Defendant. | Date: March 25, 2014<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Michael Martin, that the status conference scheduled for March 25, 2014, may be continued to April 8, 2014, at 9:45 a.m.

The government has promised to provide additional discovery in the next week. The defense investigation is ongoing. The parties agree that the status conference should be continued and ask the Court to order time excluded under the Speedy Trial Act through April 8, 2014, in order to afford necessary time for effective preparation. The parties agree that the interests of

-1-

1 justice to be served by a continuance outweigh the best
2 interests of Mr. Martin and the public in a speedy trial, and
3 ask the Court to order time excluded from the date of this
4 stipulation through April 8, 2014, pursuant to 18 U.S.C. §
5 3161(h)(7)(A) and (b)(iv).

```
                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender


Dated:  March 21, 2014              /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MICHAEL MARTIN

                                    BENJAMIN WAGNER
                                    United States Attorney


Dated:  March 21, 2014              /s/  T. Zindel for P. Ferrari_
                                    PHILIP FERRARI
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to April 8, 2014, at 9:45 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through April 8, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

```
Dated:  March 21, 2014              /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge
```