1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    MICHAEL MARTIN
7

8

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,    ) Case No. 2:14-CR-0035 JAM
                                  )
13        Plaintiff,             )
                                  ) **STIPULATION AND ORDER**
14             v.                 ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15   MICHAEL MARTIN,             )
                                  )
16        Defendant.             ) Date:   April 8, 2014
                                  ) Time:   9:45 a.m.
17                                ) Judge:  Hon. John A. Mendez

18

19        It  is  hereby  stipulated  and  agreed  between  plaintiff,

20   United  States  of  America,  and  defendant,  Michael  Martin,  that

21   the  status  conference  scheduled  for  April  8,  2014,  may  be

22   continued to May 13, 2014, at 9:45 a.m.

23        The   government   has   provided   additional   discovery   and

24   defense  investigation  is  ongoing.   The  parties  are  awaiting  word

25   about  a  separate  investigation  that  may  affect  scheduling  or

26   resolution  of  the  case.   The  parties  therefore  agree  that  the

27   status  conference  should  be  continued  and  ask  the  Court  to  order

28   time  excluded  under  the  Speedy  Trial  Act  through  May  13,  2014,

                                  -1-

1   in order to afford necessary time for effective preparation.

2   The parties agree that the interests of justice to be served by

3   a continuance outweigh the best interests of Mr. Martin and the

4   public in a speedy trial, and ask the Court to order time

5   excluded from the date of this stipulation through May 13, 2014,

6   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

7                                    Respectfully Submitted,

8                                    HEATHER E. WILLIAMS
                                     Federal Defender
9

10  Dated:  April 3, 2014            /s/ T. Zindel_____
                                     TIMOTHY ZINDEL
11                                   Assistant Federal Defender
                                     Attorney for MICHAEL MARTIN
12
                                     BENJAMIN WAGNER
13                                   United States Attorney

14
    Dated:  April 3, 2014            /s/  T. Zindel for P. Ferrari_
15                                   PHILIP FERRARI
                                     Assistant U.S. Attorney
16

17
                            **O R D E R**
18
         The status conference is continued to May 13, 2014, at 9:45
19
    a.m.  The court finds that the ends of justice served by
20
    granting a continuance outweigh the best interests of the public
21
    and the defendant in a speedy trial for the reasons stated
22
    above.  Time is therefore excluded from the date of this order
23
    through May 13, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
24
    (B)(iv).
25
         IT IS SO ORDERED.
26

27  Dated:  April 3, 2014            /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ
28                                   United States District Court Judge